UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARLOS IVAN CASTRO CASTRILLO,<br><br>          Petitioner,<br><br>          v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al,<br><br>          Respondents. | Case No. 5:26-cv-02425-AH (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Declaring that Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's Order of Supervision and subsequent re-detention violated the Due Process Clause of the Fifth Amendment and federal law; (b) ordering Petitioner, Carlos Ivan Castro

1

Castrillo's (A 029-212-737), immediate release from custody and reinstating his previous conditions of supervision, and the return of all property confiscated from him during his arrest and processing into detention; and (c) enjoining Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, from: (i) Re-detaining Petitioner without notice and an individualized pre-detention hearing before a neutral arbiter at which it is determined that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has violated a term of his Order of Supervision or because his removal from the United States is significantly likely in the reasonably foreseeable future, including that Respondents have procured travel documents for Petitioner and that such documents are in the possession of ICE; and (ii) removing Petitioner to any country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a torture-based or fear-based objection.

DATED:  JUNE 10, 2026____          _____
                                  ANNE HWANG
                                  UNITED STATES DISTRICT JUDGE

2